JCK/ljd 5442-69

E-FILED
Monday, 02 May, 2016  02:46:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BEVERLY PALMER, | ) |
| Plaintiff, | ) |
| vs. | ) Law No.:    16-2091 |
| UNIVERSITY OF ILLINOIS, | ) |
| Defendant. | ) |

## ANSWER

NOW COMES the Defendant UNIVERSITY OF ILLINOIS, by JAMES C. KEARNS, of HEYL, ROYSTER, VOELKER & ALLEN, its attorneys, and for its ANSWER to the COMPLAINT of the PLAINTIFF, BEVERLY PALMER, states as follows:

1. Plaintiff has not provided an indication on Paragraph 1 whether she demands a jury trial; Defendant demands a jury trial.

2. Defendant admits the allegations to Paragraph 2.

3. Defendant admits the allegations to Paragraph 3.

4. Defendant admits that the Plaintiff alleges certain discrimination occurred, but denies that any discrimination occurred at any time to the Plaintiff.

5. Defendant admits the allegations of Paragraph 5.

6. Defendant denies the allegations of Paragraph 6.

7. Defendant admits that the Plaintiff seeks to invoke this court's jurisdiction based upon certain federal statutes, statutes which give this court jurisdiction.

8. Defendant admits the allegations of Paragraph 8.

9. Defendant admits the allegations of Paragraph 9, but notes that the Plaintiff has not attached a copy of the charge to her Complaint.

10. Defendant admits the allegations of Paragraph 10.

11. Defendant denies the allegations of Paragraph 11.

12. Defendant denies the allegations of Paragraph 12.

WHEREFORE, the Defendant, UNIVERSITY OF ILLINOIS, prays that this court enter judgment in its favor and against the Plaintiff, and that Defendant recovers costs of suit. Defendant demands a trial by jury.

> s/ James Kearns
> Attorney for Defendant, University of Illinois
> IL ARDC #:  1422251
> Heyl, Royster, Voelker & Allen
> 102 E. Main St., Ste. 300
>  217-344-0060 Phone
> 217-344-9295 Fax
> Email:  jkearns@heylroyster.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2016, I electronically filed the foregoing ANSWER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Beverly Palmer
411 E. Church Street
Champaign, IL 61820

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Beverly Palmer
411 E. Church Street
Champaign, IL 61820

> s/ James Kearns
> Attorney for Defendant, University of Illinois
> IL ARDC #:  1422251
> Heyl, Royster, Voelker & Allen
> 102 E. Main St., Ste. 300
>  217-344-0060 Phone
> 217-344-9295 Fax
> Email:  jkearns@heylroyster.com

30075609_1